HAROLD NOYES *v.* UNIVERSITY REALTY, INC., ET AL.
(2282)

TESTO, DUPONT and BORDEN, Js.

Argued February 8—decision released March 27, 1984

*Laurence M. Wood* filed a brief for the appellant (defendant Anthony J. Mase).

*F. Woodward Lewis, Jr.,* for the appellee (plaintiff).

PER CURIAM. The appellant did not appear to argue this appeal on the date the case was assigned for hearing. Subsequently, a motion to reargue was denied by the court because we were not persuaded that the reasons given for the appellant's absence warranted reargument.

Furthermore, a review of the record and briefs indicates that there was no error.

There is no error.